FILED

FEB 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Sheila A. Fleming
11 Liberty Lane, Hanscom Air Force Base, MA 01731
(781) 863-1077
    VS
James Nicholson,
    Secretary
Department of Veterans Affairs, 200 Spring Road
Bedford, MA 01730



CASE NUMBER 1:06CV00311

JUDGE: John D. Bates

DECK TYPE: Employment Discrimination

DATE STAMP: 02/21/2006

## COMPLAINT

I Sheila A. Fleming, request a trial by jury for the incidents

breach of administrative agreement settlement, race discrimination,

harassment, intimidation, abuse of authority, unfair employment

practices, failure to be properly represented by the union, physical

threats and verbal threats because while I was performing my duties as

Nurse Team Leader, on the morning of April 29, 2005 a member

of my team informed me that one of the patients were soaked in urine

and that the urine bag had over flown back onto the patient and the

bedding, so I promptly reported this to the Nurse Supervisor

Tina Surcek which is according to protocol, and thought nothing

more of it. Later, while preparing to count medications, I was

physically cornered in the medication closet by Pam Gauthlier, and she

intentionally blocked the only exit with her body and then began

1

shouting at me in a loud voice saying you better never tell anyone about anything that I don't do or else you will regret it, while pointing her finger in my face screaming and moving toward me as though she was going to hit me. This incident was heard by the two Nurse Supervisors that were across the hall because immediately after Pam Gauthier let me out of the medication closet, I walked across the hall into the Nurse's office and away from Pam Gauthier and as I was walking into the Nurse's Office I was approached first by Nurse Supervisor Marilyn Henderson who said to me "I told her to let it go, but she would'nt", a minute later, Nurse Supervisor Tina Sercek approached me and said "I am sorry for what Pam did to you I don't know what's wrong with her".  Since the two Nurse Supervisors approached me and acknowledge that they were aware of what had taken place I was under the impression that they would promptly and properly report this incident to Nurse Manager Joan Panke and she would talk to Pam and I regarding this incident.  After a week had passed I informed Nurse Manager Joan Panke of the aggressive behavior that Pam Gauthier displayed toward me and asked her was she aware of this, she replied "no I am not, but give me a week and I will take care of it and get back to you".

On the day that Nurse Manager Joan Panke was to get back to me regarding this incident she did not come into work therefore, I reported this incident to the Veterans Hospital EEO Office and the Bedford Police Department. A week passed after I reported this incident to the EEO Office and Nurse Manager Joan Panke, Although Pam Gauthier Knew that I had reported her to management and the EEO Office she walked up behind me and slammed a book down hard on the table which scared me and made me jump into a defensive position by holding my hands over my head, Pam Gauthier began's laughing out loudly about this while other employees look on. I also reported this incident to Nurse Manager Joan Panke, and again she said "I will get back to you right away" but did not do so until finally three weeks later after she was informed by the two Nurse Supervisors and Pam Gauthier that I had reported the previous incident to the Bedford Police Department and that a Police Officer had interviewed and questioned them regarding this incident. According to a Previous administrative settlement agreement for a racial incident involving another caucasian employee and myself, Nurse Manager Joan Panke and management admitted that they could have done a better job of handling the racial incident but did not, and promised me that if another situation of that

nature were to arise again, especially involving the potential harm to an employee, the matter will be taken care of immediately and promptly without failure or delay. This situation definitely had the potential to result work place violence. However, Nurse Manager Joan Panke's lack of response has made me feel that again, she is not concern that I could be physically assaulted by another employee. The threat of physical violence to me by Pam Gauthier made me feel so nervous and scared that I took a week off of work because I was very upset and nervous for fear that I would be physically assaulted by Pam Gauthier because she is much bigger that I, and was was being very aggressive in her mannerism toward me by doing things like sitting in front of my wall locker and leaning back on it, not moving and staring at me as though she was daring me to get close to her or touch her. She would not move until I said excuse me please may I get into my locker please, she would smile or laugh and take her time moving out of the way. This was done on more than one occasion and occurred one morning while Nurse Manager Joan Panke was present in the staff locker room, during this incident Nurse Manager Joan Panke just looked at me and then just held her head down and did not say anything to Pam Gauthier.

Upon my return to work, Nurse Manager Joan Panke and Management attempted to transfer me, I informed her that I did not do anything wrong, and asked why am I the one being punished ?, and should'nt the perpertrator Pam Gauthier be asked to transfer instead of me, Joan Panke never responded to my comment nor did she transfer Pam Gauthier to another unit. Since Nurse Manager Joan Panke attempted to hide a racial incident involving myself and another caucasian employee I decided to report this incident to the VA EEO Office and the Bedford Police Department due to Pam's over aggressive nature during this incident and again, Nurse Manager Joan Panke promised to get back to me in a week and did not do as she promised, but again instead took that day off too and did not leave any guidance with the other Nurse Supervisors regarding this incident, and she did not get back to me until a month later, so I decided to reported this recent incident to the EEO Office and the Bedford Police Department. This is the outcome of the racial incident administrative agreement settlement: (1). The employee that used racial slurs to me would be transferred to another unit (2). Nurse Manager Joan Panke would take management and sensitivity classes to learn how to effectively and properly respond to and handle a situation or circumstances that had

the potential to result in harm to any employee under her supervision since Nurse Manager Joan Panke stated she was not sure of what to do for the racial incident that occurred between the Caucasian employee and myself. (3). I would be financially rewarded for anguish, pain and suffering due to how poorly this situation was handled by management. (4). I would receive a cash award for my job performance. Evidently Nurse Manager Joan Panke and management did not view the racial incident and administrative settlement agreement as serious, because immediately after the case was closed Nurse Manager Joan Panke and management allowed the same employee that used the racial slurs toward me to come back to the same unit, same floor and work the same schedule with me again. This makes me feel somewhat sick to my stomach because my safety, my concerns, my feelings, my rights as an employee and my civil rights are being completely ignored, and now I am being bullied by employee Pam Gauthier. I feel that I am being punished for standing up for these rights as well as for my self respect. Although my performance has been above reproach for the five years that I've worked at the Veterans Hospital, Nurse Manager Joan Panke has never recommended me for a raise but has recommended raises for the caucasian nurses that have less experience and less time with the

Veterans Hospital and Civil Service than I and other nurses of african descent. The only time I received a cash award was when the administrative settlement for the racial incident stated to do so, and for the first time since my five year employment with the Veterans Hospital I was provided the documentation by Nurse Manager Joan Panke to justify and submit my reason as to why I should receive a cash award. Since April 29, 2005 I have been prescribed the medications Ambien, Flexeril and Motrin and it is directly because of this most recent deliberated failure and let down by Nurse Manager Joan Panke and the management staff of the VA again. Since April 29, 2005 I feel even more depressed, more tension, more nervous and anger because of not being treated fairly and have had nightmares about being attack at work by Pam Gauthier. My nerves were already on edge from the racial incident which Nurse Manager Joan Panke was a big part of and on top of it all, the racial case was just settled about a month or two prior to this over zealous attack on me by Pam Gauthier. This recent incident involving Pam Gauthier is a direct reflection of Nurse Manager Joan Panke's poor leadership, poor management skills, and favoritism toward the caucasian employees, along with the lack of concern attitude from management.

Nurser Manager Joan Panke's lackadaisical attitude toward assisting me in this serious matters, the constant glaring stares of Pam Gauthier, Joan Panke and Joan Panke's husband, makes me feel paranoid and threaten while performing my job. Although management has provided Nurse Manager Joan Panke with sufficient training, Joan Panke and management's reason and excuse for me not receiving assistance is that this last incident was just an isolated one, although Pam Gauthier stated to the police officer that she had a problem with the fact that I reported the over flown urine bag to Nurse Supervisor Tina Surcek. More incidents of Pam Gauthier's aggressive behavior Toward me still occurred and were reported to Nurse Manager Joan Panke but nothing has been done to stop her aggressive behavior. The potential for harm to me has been so prevalent that I am on medication for my nerves and anxiety again, and have been looking over my shoulder for fear that Pam Gauthier will physically attack me or attempt to if afforded oppourtunity, and because of the unfair treatment and bias that I've received from Nurser Manager Joan Panke and management I am receiving mental and physical professional assistance again. It's in the name of justice, I ask that Nurse Manager Joan Panke and the management of the Bedford Veterans Hospital

are not allowed to get away with continuously mistreating it's employees of african descent and then be allowed to use the excuse "this is just an isolated incident" for it's remedy and reason for violating the federal laws, however isolated, this incident has had a negative emotional and physical toll on me and it is very disturbing to know that someone in a position of authority and leadership think that it's o.k. to harass, assault, intimidate and discriminate in the workplace.  According to statistics from the Occupational Safety & Health Administration violence in the workplace is a serious safety and health issue, and is the third leading cause of fatal occupational injury in the United States.  As a federal employee and professional nurse having had previous management experience, I urge you to look into my allegations and you will see that I am telling the truth and that Nurse Manager Joan Panke and certain members of management are attempting to cover up their wrong doings by hiding past and recent racial incidents, unfair treatment, assigning the heaviest and hardest work loads to employees of african descent, giving higher raises to the caucasian employees although they are less experienced and have less time as a federal employee than the employees of african descent. It will only be a matter of time before an employee with less life experience and understanding

than I, attempts to resolve the problem of being mistreated by acting out with the outcome being a catastrophe. In all fairness and in the name of justice I request that Nurse Manager Joan Panke and management of the Veterans Hospital be held responsible and accountable for breach of administrative agreement settlement, race discrimination, harassment, job intimidation, abuse of authority, unfair employment practices, failure to be properly represented by the union, physical threats, and verbal threats before someone is physically harmed, and it is for these blatant violations of the federal laws, I respectfully ask that Nurse Manager Joan Panke be discharged, the transfer of Pam Gauthier, the maximum penalties and fines be imposed against the agency and that I be awarded the maximum monetary amount of $300,000.

In closing and as an African American Citizen of the United States of America, born before The Civil Rights Movement Era, and having been raised in the south during that time period I have experienced racial segregation and racial discrimination in the schools, the work place and society, and to this day I can still feel the negative emotional and mental anguish it has had in my life. I have also had the privilege to experienced the positive impact that The Civil Rights Act of 1964, and other related laws have made in my life, and for that I am eternally grateful, but it is because of these laws and the many long hard fought legal battles in the work place, the schools, society and the courts as well, that this blatant abuse of authority in the workplace not be overlooked because one or two people in a position of authority decided to do the wrong thing and look the other way again, instead of doing what is right. A copy of the Bedford Police Department Report, The U.S. Department of Labor Workplace violence information sheet titled "Workplace Violence" and The administrative agreement settlement from the racial incident are attached for your review and reference.

Sincerely,

Sheila A. Fleming, 11 Liberty Lane
Hanscom Air Force Base, MA 01731
Home: (781) 863-1077  Cell: (339) 223-93456
Work (781) 275-7500 62C&D