


06-311 JDB

## EEO SETTLEMENT AGREEMENT

This Agreement is entered into between Sheila Fleming hereinafter referred to as the "Complainant," and the Department of Veterans Affairs, hereinafter referred to as the "Agency."

1.  For valuable consideration, the receipt of which is hereby acknowledged, and in further consideration of the promises and covenants herein contained, the Complainant voluntarily withdraws in their entirety all discrimination complaints (including, but not without limitation, EEOC Hearing No. 160-2004-00082X, Agency Case No. 200G-0518-2002104133, filed on August 22, 2002), grievances, unfair labor practices, civil actions and other causes of action against the Agency; and waives all rights to pursue future causes of action against the Agency, its officials, agents and/or employees based on facts in existence as of the date of Complainant's execution of this Agreement, with the exception of any claims that may arise by reason of alleged breach of any terms of this Settlement Agreement. Nothing in the Agreement shall serve as a waiver of the Complainant's right to file EEO complains with respect to future incidents.

2.  The Agency shall:

    a.  Pay to the Complainant the sum of Fourteen Thousand Two Hundred Fifty and No/100 Dollars ($14,250.00) in compensatory damages, by check payable to the Complainant within sixty (60) days following the parties' execution of this Agreement. The check will be mailed to Kenneth I. Gordon, Attorney at Law, 63 Chatham Street, Boston, MA 02109;

    b.  Pay, on behalf of the Complainant, the sum of Fifteen Thousand and No/100 Dollars ($15,000.00) in attorney's fees, by check payable to both the Complainant and her attorney, Kenneth I. Gordon, within sixty (60) days following the parties' execution of this Agreement. The check will be mailed to Kenneth I. Gordon, Attorney at Law, 63 Chatham Street, Boston, MA 02109. Except as otherwise provided herein, the Complainant shall be solely responsible for the payment of all her attorney's fees and costs;

| | |
|---|---|
| **Deleted:** both | |
| **Deleted:** and her attorney, Kenneth I. Gordon. | |

- 1 -

Complainant's Initials: _____    Date: _____

Agency's Initials: _____    Date: _____

FILED

FEB 22 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

c. Pay directly to the Complainant via her biweekly salary distribution as will be reflected in her earnings and leave statement a Special Contribution Award in the sum of Seven Hundred Fifty and No/100 Dollars ($750.00) within forty five (45) days following the parties' execution of this Agreement;

d. Reassign Debbie Copson to another ward within thirty (30) days following the parties' execution of this Agreement;

e. Through its Office of Regional Counsel, provide an EEO training session to Nurse Manager Jo Ann Panke within thirty (30) days following the parties' execution of this Agreement.

3. Both parties also stipulate and agree that:

a. This Agreement does not constitute an admission of guilt or liability on the part of either party and is entered into solely for the purpose of resolving the stated matters in a manner mutually satisfactory to both parties. Notwithstanding this provision 3.a., the Agency acknowledges that it could have exemplified greater respect for the Complainant's concerns;

b. This Agreement constitutes the entire understanding between the parties. There are no other terms or commitments, either oral or written, to this Agreement except those specified herein;

c. If a provision of this Agreement is subsequently determined to be invalid, such provision shall be considered severed, and the invalidity of such provision shall not result in the invalidity of this Agreement or any other provision hereof;

d. This Agreement shall not serve as a precedent for resolving any other complaints, which have been or may be filed by the Complainant or any other person;

e. The Complainant acknowledges that if she believes that the Agency has not complied with the terms of this Settlement Agreement, she may notify the Deputy Assistant Secretary for Resolution Management, in writing, within 30 days of the alleged violation requesting that the terms of this Settlement Agreement be specifically implemented. Alternatively, she may request that the EEO complaint described above be reinstated for further processing from the point processing ceased. Thereafter, the Complainant may appeal to the Equal Employment Opportunity Commission pursuant to 29 CFR 1614.504 if she believes that VA has either not fully implemented this Settlement Agreement or improperly failed to reinstate the complaint;

f. The existence of this Agreement and its terms shall be disclosed on a need-to-know basis only; i.e., they shall be disclosed only to those persons who are responsible for implementation and/or enforcement of this Agreement. Disclosure of this Agreement and/or its terms pursuant to a lawful order of any court, legislative or administrative body shall not constitute a breach of this agreement. The Complainant may disclose this agreement to her family, her legal advisors and financial advisors, and shall inform such persons of its confidentiality;

- 2 -

Complainant's Initials: _____ Date: _____

Agency's Initials: _____ Date: _____

g. The parties enter into this Settlement Agreement freely and voluntarily with no unwarranted duress or undue influence from any person or source;

h. The Complainant shall be solely responsible for the payment of income taxes attributable to any payments made under the terms of this Agreement; and,

i. This Agreement shall be made part of the Record of Complainant's above-captioned EEO Complaint and remain enforceable under the jurisdiction of the EEOC, following dismissal of the complaint.

**IN WITNESS WHEREOF**, the parties to this Agreement have affixed their signatures and dated this Settlement Agreement.

Edith Nourse Rogers                          Complainant
Memorial Veterans Hospital


_____      _____      _____      _____
By: Marc Levenson, M.D.        Date          By: Sheila Fleming          Date


- 3 -

Complainant's Initials: _____  Date: _____

Agency's Initials: _____  Date: _____

**Bedford Police Department**
2 Mudge Way
Bedford, MA 01730
(781) 275-1212
Incident Report
BED

Incident Number: 2005000003481
File No: N/A
Dispatch Incident Number: 2005000003660
Print Date: July 11, 2005
Printed By: dblanchard

## Incident Information

| Occurred On/From | Day of Week | Date | Time | Occurred To | Day of Week | Date | Time | Reported On | Date | Time |
|---|---|---|---|---|---|---|---|---|---|---|
| | Mon | 05/23/2005 | 3:27:00PM | | Mon | 05/23/2005 | 3:27:00PM | → | 05/23/2005 | 3:27:00PM |

| Reported As | Incident Type - Primary | Arresting Officer |
|---|---|---|
| Threatening | Threatening | |

| Incident Address | Reporting Officer |
|---|---|
| 200 SPRINGS ROAD, BEDFORD, MA 01730 | Ronald Undzis |

| Sector | Stat. Area | Sub Stat. Area | Census Tract | Landmark |
|---|---|---|---|---|
| North | North | | | |

| Business Name | Incident Types - Other |
|---|---|
| N/A | |

## Associated Persons Summary

| Type | Name (Last, First, MI) | Date of Birth | Sex | Home Phone # | Work Phone # |
|---|---|---|---|---|---|
| Involved | FLEMING, RONALD G. | 01/01/1958 | M | | N/A |
| Address: | 11 LIBERTY LANE HAFB, BEDFORD, MA 01730 | | | | |
| Victim | Fleming, Sheila A | 01/07/1955 | F | | N/A |
| Address: | 11 Liberty Lane, Bedford, MA 01730 | | | | |
| Location | VA Hospital, . | N/A | N/A | (781) 275-7500 | N/A |
| Address: | 200 SPRINGS ROAD, BEDFORD, MA 01730 | | | | |
| Other | SURCEK, CHRISTINE J. | 01/13/1973 | N/A | N/A | ( |
| Address: | 100 MERRIMACK AVENUE, Apt #: 2, DRACUT, MA 01826 | | | | |
| Witness | Henderson, Marilyn | 11/07/1948 | F | N/A | t. |
| Address: | 200 Springs Road, Bedford, MA 01730 | | | | |
| Suspect | GAUTHIER, PAMELA M | 06/14/1956 | F | N/A | t. |
| Address: | 37 GEORGIA AVENUE, LOWELL, MA 01855 | | | | |

## Associated Businesses Summary

| Type | Name | Primary Phone # | Secondary Phone # |
|---|---|---|---|
| No Associated Persons reported for Incident #: 2005000003481 | | | |

## IBR/UCR Offenses

| Offense Number | IBR Type | Chapter | Section | IBR Type Description | Counts |
|---|---|---|---|---|---|
| 0 | | N/A | N/A | | |
| No Incident Offenses Recorded for Incident #: 2005000003481 | | | | | |

## Arrest Offenses

| Seq# | Chapter | Section | Name (Last, First, MI) | Description of Offense | Counts |
|---|---|---|---|---|---|
| No Arrest Offenses Recorded for Incident #: 2005000003481 | | | | | |

Bedford Police Department
2 Mudge Way
Bedford, MA 01730
(781) 275-1212
Incident Report
BED

ent Number: 2005000003481
File No: N/A
Dispatch Incident Number: 2005000003660
Print Date: July 11, 2005
Printed By: dblanchard

**Arrestee Seq. # 1**

| Suspect Type | Suspect Name | Alias/Nickname | Occupation | SSN |
|---|---|---|---|---|
| No Arrest Data Available for Incident #: 2005000003481 | | | | |

**Suspect Seq. # 1**

| Suspect Type | Suspect Name | Alias/Nickname | Occupation | SSN |
|---|---|---|---|---|
| N/A | GAUTHIER, PAMELA M | N/A | N/A | N/A |

| Date of Birth | Age | Sex | Race | Ethnicity | Skin Tone | Height | Weight | Eye Color | Hair Color |
|---|---|---|---|---|---|---|---|---|---|
| 06/14/1956 | 48 | Female | N/A | N/A | N/A | 0' 0" | N/A | N/A | N/A |

Scars / Marks / Tattoos / Other Physical Characteristics:
No Physical Characteristic Data Reported

**Victims**

| Victim Name | Victim Type | Sex | Race | Ethnic Origin | Hospital Destination | Transport Description |
|---|---|---|---|---|---|---|
| Fleming, Sheila A | N/A | Female | N/A | N/A | N/A | N/A |

**Vehicle Info**

| Vehicle No. | Vehicle Make | Vehicle Model | Vehicle Year | VIN | Primary Color | Secondary Color | Plate No. | State |
|---|---|---|---|---|---|---|---|---|
| No Vehicle Info Recorded for Incident #: 2005000003481 | | | | | | | | |

**Property**

No Property Info reported for Incident #: 2005000003481

**Citations**

| Citation No. | Code | Date | Status | Statute | Description |
|---|---|---|---|---|---|
| No Citations reported for Incident #: 2005000003481 | | | | | |

larratives for Incident Number 2005000003481 ?  Yes
Other Narratives not authorized for print?  None
   Narratives this user authorized to print:

**Narrative by: Ronald Undzis   Division: Patrol**

| ate & Time | Narrative Description | Entered by | Status | Reviewed by | Last Edit Date |
|---|---|---|---|---|---|
| 05/23/2005 16:22 | | Ronald Undzis | Open | | 05/23/2005 |

At approx. 1527 hrs. on 05/23/05, I (Off. Undzis) was called to the lobby area to take a report of threats. I subsequently conducted an interview with Ronald Fleming and Sheila Fleming (husband/wife) in the interview room. The Fleming's reported that Sheila F. works at the VA Hospital in Bedford, MA. They reported that Sheila F. has experienced problems at her work place in the past. The Fleming's reported that a couple of years ago they filed a civil law suit because one of the workers used racial remarks against Sheila Fleming. They reported that this past law suit was settled out of court. I would later find out the person who reportedly used the racial language was not involved in the current report of threats.

Sheila F. reported that the current report involves a co-worker named "Pamela Gauthier". They reported that an incident occurred with Gauthier approx. one year ago. Sheila F. reported that she referred to Gauthier by the name of "Pamela". Sheila F. said she was unaware at that time that Gauthier wanted to be addressed as "Pam". Sheila F. said that she addressed Gauthier as "Pamela". Sheila F. said that Gauthier responded by stating, "Call me that again and I'll throw you in the closet". The Fleming's indicated that this

Bedford Police Departr ~        ~t Number: 2005000003481

2 Mudge Way
Bedford, MA 01730
(781) 275-1212
Incident Report
BED

File No: N/A

Dispatch Incident Number: 2005000003660

Print Date: July 11, 2005
Printed By: dblanchard

incident was reported and the VA separated the two parties from working together on the same shift.

Sheila F. related that she is the team leader of the AM shift at the ward. Sheila F. said that a co-worker came up to her and reported that one of the urine bags in a room was overflowing. Sheila F. said that Gauthier was responsible for the care of this room. Sheila F. related that Gauthier blamed her for making this an issue. Sheila F. related that she heard thru sources that Gauthier had communicated to others that Gauthier stated, "I'll get her when she comes in". Sheila F. named Marilyn Henderson as one of the co-workers Gauthier had spoken to. I asked if she had heard if Gauthier had articulated a specific means of harm against her. Sheila F. indicated that she had not heard of a specific means of harm.

The Fleming's reported that on 04/29/05 an incident occurred between the two. Sheila F. reported that they were both in the Narcotics room counting medication for the patients. Sheila F. described this room as small and tightly enclosed. Sheila F. related that she was confronted by Gauthier. This was apparently over the urine bag incident and a report to another supervisor. Sheila F. related that Gauthier was blocking the door and had her hands on her hips yelling at her. Sheila F. related that Gauthier then reportedly stepped towards her and got into her proximity. Sheila F. said that she felt they were very close to getting into a fight. Sheila F. then related that she got into a defensive fighting stance and told Gauthier to "Back up on me".

Sheila F. indicated that they did not get physical. Upon asking, there were no known eye witnesses. Sheila F. did report that Henderson and Tina Surcek were in the area and heard the confrontation. Sheila F. said they have not become physical as of yet, but Gauthier reportedly slams books on the table and stares (glaringly) at her as she walks down the hallway. Sheila F. also reported that she was told by co-workers that Gauthier "won't let it go". Sheila F. reports that she is fearful that she may be assaulted by Gauthier.

Sheila F. reported that she reported this incident to Joanne Panke. The complaint has reportedly been forwarded to the Department of Veterans Affairs. With consent, I made copies of the first two pages of the complaint form. Sheila F. indicated that she took issue with the VA who reportedly wants to move her to another ward.

Investigation to continue..... I will try to contact Henderson, Surcek and Gauthier in the future. I was told that the parties either work a 12 am to 8 shift or a 6 am to 2 shift. Contact may be challenging due to my 3 to 11 shift. I will try to contact make during a 7 to 3 OT shift on 05/25/05. I was told that Gauthier is on a vacation this week.

| Signature - Reporting Officer | | | Signature - Reviewing Officer | | |
|---|---|---|---|---|---|

larrative by: Ronald Undzis  Division: Patrol

| te & Time | Narrative Description | Entered by | Status | Reviewed by | Last Edit Date |
|---|---|---|---|---|---|
| 5/30/2005  08:14 | | Ronald Undzis | Open | | 05/30/2005 |

In the morning of 05/30/05, I placed two calls to 781-275-7500 x2588. Sheila Fleming had given me this number as the number to contact the potential witnesses in this case. Sheila F. had indicated that the potential witnesses involved work schedules that do not correspond with my 3 to 11 shift. I have had to wait for an overtime shift to follow-up on this case. In these two calls no one picked up he phone.

| Signature - Reporting Officer | | | Signature - Reviewing Officer | | |
|---|---|---|---|---|---|

arrative by: Ronald Undzis  Division: Patrol

| e & Time | Narrative Description | Entered by | Status | Reviewed by | Last Edit Date |
|---|---|---|---|---|---|
| 6/08/2005 13:50 | | Ronald Undzis | Open | | 06/08/2005 |

Bedford Police Department
2 Mudge Way
Bedford, MA 01730
(781) 275-1212
Incident Report
BED

Incident Number: 2005000003481
File No: N/A
Dispatch Incident Number: 2005000003660
Print Date: July 11, 2005
Printed By: dblanchard

Around 0600 hrs. on 06/06/05, I called Christine Surcek at the VA. When asked what she could tell me about Sheila Fleming and Pamela Gauthier, Surcek said she was aware "They had a little thing in the med room". Surcek claimed that she didn't actually witness the incident and that she didn't know what was said "exactly". When asked if she heard Gauthier make any threats with regard to Fleming, Surcek said she didn't hear any threats.

Surcek told me that Marilyn Henderson will not be working until 06/10/05. I asked her if she could have Henderson contact me.

*Signature - Reporting Officer*                                        *Signature - Reviewing Officer*

Narrative by: Ronald Undzis   Division: Patrol

| Date & Time | Narrative Description | Entered by | Status | Reviewed by | Last Edit Date |
|---|---|---|---|---|---|
| 06/14/2005  18:34 | | Ronald Undzis | Open | | 06/14/2005 |

As of my 3 to 11 shift on 06/14/05, I have not heard from Marilyn Henderson. I spoke to a VA Patrol Officer during my shift. I asked if he could give Henderson a message to call me after 1500 hrs.

*Signature - Reporting Officer*                                        *Signature - Reviewing Officer*

Narrative by: Ronald Undzis   Division: Patrol

| Date & Time | Narrative Description | Entered by | Status | Reviewed by | Last Edit Date |
|---|---|---|---|---|---|
| 06/22/2005  08:00 | | Ronald Undzis | Open | | 06/22/2005 |

In the early morning hours of my 7 to 3 shift on 06/22/05, I called the VA Hospital and spoke with Marilyn Henderson. Henderson said she was in a room across the hallway from the Med room on the date when Sheila Fleming and Pamela Gauthier reportedly had an incident. Henderson related that they (Fleming/Gauthier) were talking. She later related that they were not even loud talking. Henderson reported that she did not hear any threats. Henderson related that she has not heard Gauthier threatening Fleming.

I then spoke with Gauthier. I asked if she could tell what was going on between the two of them. Gauthier said other than not speaking to her there was nothing going on. Gauthier related that she approached Fleming while she was in the Med room. Gauthier related that she had an issue with Fleming reporting the urine bag to the charge nurse. Gauthier said that they both work together from 0730 hrs. to 0800 hours. Gauthier said she told Fleming that she should have gone to one of the responsible nurses if she had an issue.

Gauthier said there was no incident to anyone but "her" (Fleming). Gauthier commented that she didn't know if Fleming was claustrophobic. Gauthier said that the Med room is in close quarters. She said her discussion was related to business. I asked Gauthier if she had made any threats that she would "get" Fleming. Gauthier stated, "No".

Investigation complete, no further action requested at this time.

*Signature - Reporting Officer*                                        *Signature - Reviewing Officer*



# U.S. Department of Labor
Occupational Safety & Health Administration


***www.osha.gov***  MyOSHA    Search    [GO] Advanced Search | /



Safety and Health Topics
# Workplace Violence

a**ll**iance

| | |
|---|---|
| Safet |
| Healt |
| |
| Worl |
| Viole |
| OS |
| Ha |
| Aw |
| Po: |
| Sol |
| Ad |
| Inf |
| Cre |
| |
| Cont |
| O |

Violence in the workplace is a serious safety and health issue. Its most extreme form, homicide, is the third-leading cause of fatal occupational injury in the United States. According to the Bureau of Labor Statistics Census of Fatal Occupational Injuries (CFOI), there were 551 workplace homicides in 2004 in the United States, out of a total of 5,703 fatal work injuries.

**In Focus**

■ Hot Topics

Environmental conditions associated with workplace assaults have been identified and control strategies implemented in a number of work settings. OSHA has developed guidelines and recommendations to reduce worker exposures to this hazard but is not initiating rulemaking at this time.

This page is maintained as a product of the Alliance between OSHA and the American Association of Occupational Health Nurses, Inc. (AAOHN).

The following questions link to information relevant to workplace violence.


**What OSHA standards apply?**
Federal Registers | Standard Interpretations


**Where can I learn more about workplace violence?**


**Where can I find information about preventing workplace violence?**


**What additional information is available?**
Training | Conference Proceedings

In Focus

**Hot Topics**

■ Workplace Violence: Issues in Response. Federal Bureau of Investigation (FBI), (2004, March 1). Also available as a 6.2 MB PDF, 80 pages. This monograph resulted from a June 2002 symposium hosted by the FBI's National Center for the Analysis of Violent Crime entitled "Violence in the Workplace." Representatives from law enforcement, private industry, government, law, labor, professional organizations, victim services, the military, academia, mental health as well as the FBI came together to share their expertise on this important issue.

⬣ Back to Top                                      www.osha.gov

Occupational Safety & Health Administration
200 Constitution Avenue, NW
Washington, DC 20210