IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA A. FLEMING<br>11 Liberty Lane<br>Bedford, MA 01731<br><br>    Plaintiff,<br><br>v.<br><br>JAMES NICHOLSON, Secretary,<br>Department of Veterans Affairs<br>200 Spring Road<br>Bedford, MA 01730<br><br>    Defendant. | Civil Action No. 06-0311 (JDB) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Claire Whitaker, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

          Respectfully submitted,

          _/s/ Claire Whitaker_
          CLAIRE WHITAKER, D.C. BAR # 354530
          Assistant U.S. Attorney
          Judiciary Center Building
          555 Fourth St., N.W., Rm. E4204
          Washington, D.C. 20530
          (202) 514-7137

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by First-Class mail, postage prepaid to:

SHEILA A. FLEMING
11 Liberty Lane
Bedford, MA 01731

on this 29TH day of March, 2006.

*/s/ Claire Whitaker*
CLAIRE WHITAKER
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4204
Washington, D.C. 20530
(202) 514-7137