# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA A. FLEMING, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:06CV00311 (JDB) ) ) |
| JAMES NICHOLSON, Secretary, DEPARTMENT OF VETERANS AFFAIRS | ) ) ) |
| Defendant. | ) ) |

### AFFIDAVIT IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER FOR IMPROPER VENUE

I, Richard A. Moses, being duly sworn depose and state as follows:

1. I am currently the Human Resources Officer for the Edith Nourse Rogers Memorial Veterans Hospital, Bedford, Massachusetts ("VA Hospital"). In that capacity, I have direct access to resources that indicate whether an individual was or is currently employed at the VA hospital, Bedford, MA.

2. The VA Hospital, Bedford, MA employed Sheila A. Fleming beginning on June 11, 2001.

3. The VA Hospital, Bedford, MA has continuously employed Sheila A. Fleming since June 11, 2001, through the present.

4. The VA Hospital, Bedford, MA maintains and administers all of Sheila A. Fleming's employment records.

Signed under the pains and penalties of perjury.

_Richard A. Moses_ (signature)      4/7/06
Richard A. Moses                    Date