# Exhibit B

## DECLARATION

1. I, Edward J. Lukey, am the Regional Counsel for the Department of Veterans Affairs ("VA"), Region 1 that comprises Maine, New Hampshire, Massachusetts, Rhode Island and Connecticut. My office, located in Bedford, Massachusetts, has jurisdiction over cases filed with the VA in Region 1.

2. In my capacity as Regional Counsel I am responsible for the handling, investigation, and disposition of administrative tort claims filed with the VA under the provision of the Federal Tort Claims Act, 28 U.S.C. §§ 1364(b), 2671 – 2680 ("FTCA").

3. Further, I am responsible for the maintenance of records pertaining to current and closed FTCA claims. All records, both paper and electronic data entries, pertaining to such claims are routinely kept in one of my offices in the Region, and in my computer data system.

4. I have made a thorough search of the records that I maintain, including files and automated data entries. My records indicate that Ms. Sheila Fleming has never filed any administrative tort claim (SF 95) or similar written notice.

I declare under pains and penalties of perjury that the above is true and correct.

_____
Edward J. Lukey
Regional Counsel, Region 1
Bedford, MA 01730

April 3, 2006
Date