UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA A. FLEMING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:06CV00311 (JDB) |
| v. | ) |
| | ) |
| JAMES NICHOLSON, Secretary, | ) |
| DEPARTMENT OF VETERANS AFFAIRS | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER

Upon consideration of defendant's motion to dismiss or to transfer, the opposition and reply thereto, and it appearing that venue is improper in this Court, it is this _____ day of _____, 2006,

ORDERED, that defendant's motion be, and hereby is, granted.

FURTHER ORDERED, that this matter is dismissed on venue grounds.

_____
UNITED STATES DISTRICT COURT

Copies to:

Sheila A. Fleming
11 Liberty Lane
Hanscom Air Force Base
Bedford, Massachusetts, 01731

Claire Whitaker
Assistant U.S. Attorney
555 4th St., N.W.  E-4204
Washington, D.C. 20530