UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA A. FLEMING,<br><br>Plaintiff,<br><br>v.<br><br>JAMES NICHOLSON, SECRETARY, DEPARTMENT OF VETERANS AFFAIRS,<br><br>Defendant. | **FILED**<br>MAY 0 2 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Civil Action No. 06-0311 (JDB) |

## ORDER

Plaintiff Sheila Fleming filed this civil action against defendant James Nicholson as Secretary of the Department of Veterans Affairs, alleging a host of wrongs, including breach of administrative settlement agreement, race discrimination, harassment, unfair employment practices, and abuse of authority. Defendant filed a motion to transfer or dismiss on April 19, 2006. Plaintiff is representing herself, pro se. In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise pro se plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Therefore, the Court hereby advises plaintiff that she must respond to defendant's previously filed motion within fourteen days of the date of this order. If plaintiff does not respond, the court will treat the motion as conceded and dismiss the complaint.

**SO ORDERED.**

/s/   John D. Bates

JOHN D. BATES
United States District Judge

Dated: May 1, 2006

*Copies to:*

SHEILA A. FLEMING
11 Liberty Lane
Hanscom Air Force Base, MA 01731
US
(781) 863-1077
   *Pro se plaintiff*

Claire M. Whitaker
UNITED STATES ATTORNEY'S OFFICE
555 4th Street, NW
Suite E-4204
Washington, DC 20816
(202) 514-7137
Fax: (202) 514-8780
Email: claire.whitaker@usdoj.gov
   *Counsel for defendant*