To:   United States District Courts
      For the District of Columbia

From: Sheila A. Fleming
      11 Liberty Lane
      Bedford, MA 01731

I Sheila A. Fleming respectfully request Case Number 1:06CV00311 (JBD) not be dismissed or transferred to a Massachuttes District Court and that defendant's Motion to Dismiss or In the Alternative Transfer For Improper Venue not be Granted for the following reasons.

   a. Upon receipt of a denial letter from the EEOC's Office in Lyons, NJ, I was informed that I had the rights to appeal their decision to The United States District Court For Washington, D.C., Therefore I would like to exercise my rights to have an attorney assigned to my case with a trial by jury and not have my case held in Massachuttes District Courts for the incident of employment discrimination that occurred at the VA Hospital in Bedford Massachuttes, because I asked for assistance from Nurse Manager Joan Panke and she promised me that she would be fair and take care of this matter, but instead I was approached by other managers in a group and they all attempted to persuade me to due to transfer out of the unit due to this incident. I then informed them that I did not start this problem nor did I do anything wrong and should'nt Pam Gauthier be the one asked to transfer since she was the aggressor. As I stated previously Nurse Supervisor Marilyn Henderson and Nurse Supervisor Christine Surcek were directly across the hall and approached me immediately after the incident happen and acknowledge that they heard parts or all of what transpired between Pam Gauthier and I, also when Nurse Supervisor Christine Surcek was interviewed by Bedford Policeman Undzis she acknowledge at that time that "They had a little thing in the med room", therefore, in order to get to the truth regarding this situation I propose that Nurse Supervisor Joan Panke, LPN Pam Gauither, RN Marilyn Henderson, RN Christine Surcek and I be administered a polygraph test in order to get to the truth regarding this incident. Having been verbally threaten, insulted, harassed, assaulted and physically detained in the medication closet against my will by Pam Gauthier was very intimidating and humiliating especially since she is much bigger and taller than I am. In addition, Pam Gauthier admitted to Bedford Policeman Ronald Undzis that she did have an issue with me reporting her to the Nurse Supervisor, when I was simply passing information to the Nurse Supervisor that was given to me by one of my team member never thinking that it would lead to an attack on me by Pam Gauthier.

RECEIVED
MAY 1 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

b. As for the administrative agreement settlement not being signed, we had an attorney for that, his name is Ken Gordon he is better suited to explain why I never received a signed copy of the administrative settlement agreement, he can be contacted at: (781) 275-1108. In reference to me not using the proper administrative process, on 9 May 2006, I verbally informed Nurse Manger Joan Panke of this incident and she promised me that she would take care of this matter and get back to me in a week but did not do so again. According to the administrative settlement agreement Nurse Manager Joan Panke was to receive training from the VA Hospital on how to handle situations of harassment and discrimination in the work place due to a prior racial incident, but instead of utilizing her training she completely ignored the me again and attempted to have me transferred out of the unit.

c. Since Nurse Manger Joan Panke attempted to hide a previous racial incident and did not follow up with me as she was trained to do, I reported Pam Gauthier's attack on me to the Bedford Police Department and the EEOC at Department of Veterans Affairs, Office of Resolution Management, 151 Knollcroft Road, Building #16, Lyons, NJ 07939, with a copy to both offices in Washington, D.C. I later received a letter from the EEOC in Lyons, NJ stating that I failed to state a claim, so I submitted a letter stating my claim and received a final agency decision denying my claim with further information on my rights to appeal to the District Courts in Washington, D.C., of which I did and afterwards, had the Constable's Office serve a summons on my behalf to the VA Hospital in Bedford, MA and a copy to the two Attorney General's offices in Washington, D.C., for employment discrimination, a copy of each document is attached for your use and review. Wheather I was discriminated against based on race, personality or because I stood up for my rights, Nurse Manager Joan Panke has received the proper training from the VA Hospital and she still did nothing to assist me. Instead of counseling or transferring the perpetrator Pam Gauthier, Nurse I was approached by other managers in a group and they all attempted to persuade me into transferring out of the unit.

d. Although LPN Debbie Copson was transferred out of the unit in accordance with the administrative agreement settlement for admitting that she used racial slurs towards me and in my presence, Nurse Manger Joan Panke and management continues to schedule this employee to work with me so often that it is as though she was never was transferred and has worked with me as recently as April 2006, this alone is humiliating and troubling to me. The reason for her transfer was punishment not reward, for using racial slurs toward me and in my presence but to this date she continues to work the same shift as I and has been every since her transfer, this shows me that my civil right and how I feel does not matter at all to Nurse Manager Joan Panke and management. The emotional, physical and mental anguish of having to confront the wrongdoings of a select few is definitely unfair to me and should have never happened. This daily pressure is an unnecessary burden on me when all that was necessary were to provide me with the fair and equitable treatment that I deserve as a federal employee and human being. I am now taking prescribed medications to calm my nerves and am given mediocre responsibilities since the administrative settlement agreement.

e. Prior to this incident with Pam Gauthier I was providing training to newly assigned personnel and was responsible for the fall and risk program. Now I am being assigned the heaviest of daily work loads, unfair scheduling and am constantly subjected to the silent treatment and long hard stares by Nurse Manager Joan Panke, her husband and other members of management. I went to my union representative and he did nothing but said that "that's the VA way" I was so upset and humiliated by his response that I immediately submitted this current action against the VA. As a nurse, my responsibilities are to the Federal Government, the Veterans Hospital and to the clients of U.S.Veterans Hospital. In return the Federal Government, the VA Hospital and the Union are responsible to me as an employee, because the veterans have already paid me in full with their sacrifices during our country's time of defense for our freedoms and rights. It has been very difficult and troubling having to endure this bias treatment from Nurse Manager Joan Panke and management, but I refuse to allow the wrong doings of a select few scare me away from a job that I love and am dedicated to.

f.  In closing I would also like to bring to your attention that I've enclosed each administrative action that was submitted by me for this injustice, and since my employment with the Bedford, MA VA Hospital, I've been subjected to racial slurs from an employee, my supervisor attempting to hide a racial incident, physically detained against my will by an employee, belittling, discrimination, intimidation, silent treatment, threats and ever increasing work loads all of which did not have anything to do with my job performance. All of the above unfair treatment along with not being promoted since working at the Bedford, MA VA Hospital, are the reasons that I ask that an attorney be assigned to my case, that I receive a trial by a jury in Washington, D.C., that my claim not be dismissed or transferred to Boston, Massachuttes, that Nurse Manager Joan Panke be dismissed as a manager, that LPN Pam Gauthier be transferred, that the maximum fines and penalties be imposed against the Bedford, MA VA Hospital and that I be awarded the maximum monetary amount of $300,000.

Sincerely,

*Sheila A. Fleming* 5-8-06

Sheila A. Fleming