UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA A. FLEMING,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JAMES NICHOLSON, Secretary,<br>DEPARTMENT OF VETERANS AFFAIRS<br><br>　　　　　Defendant. | )<br>)<br>)<br>) Case No. 1:06CV00311 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS OR, IN THE
ALTERNATIVE, TO TRANSFER FOR IMPROPER VENUE**

Defendant, James Nicholson, Secretary of the Department of Veterans Affairs, hereby replies to Plaintiff's Opposition to Defendant's Motion to Dismiss or, In the Alternative, to Transfer this case to United States District Court for the District of Massachusetts ("Plaintiff's Opposition").

In paragraph a. of Plaintiff's Opposition , she states that "Upon receipt of a denial letter from the EEOC's Office in Lyons, NJ, I was informed that I had the rights to appeal their decision to The United States District Court For Washington, D.C., . . ." R. 6 at p. 1.  Although the denial letter explains the steps necessary to appeal the EEOC's decision or proceed in district court, it does not tell plaintiff that she has a right to appeal to this district court.  It simply states that she ". . . also ha[s] the right to file a civil action in an **appropriate** United States District Court. Id. at 3 (emphasis added).  R. 6, Attachment at 21.  The U.S. District Court for the District of Columbia is not the appropriate forum for this action.  See Memorandum in Support of Defendant's Motion to Dismiss or for Transfer ("Defendant's Memorandum").

The remainder of Plaintiff's Opposition is a rehash of her complaint. She addresses none of the arguments set forth in Defendant's Memorandum, and therefore, has effectively conceded those arguments. See e.g., Stephenson v. Cox, 223 F.Supp.2d 119, 121 (D.D.C. 2002). Accordingly, dismissal or transfer is the appropriate disposition of this case.

## Conclusion

Defendant respectfully moves for dismissal of plaintiff's complaint or a transfer of this case to the U.S. District Court in Massachusetts.

                     Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
CLAIRE WHITAKER, Bar #354530
Assistant United States Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530
(202) 514-7137

OF COUNSEL
Edward B. Carney
Attorney, Office of Regional Counsel,
U.S. Department of Veterans Affairs

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing motion and accompanying documents were served on plaintiff by first class mail, postage prepaid, the  19th  day of May, 2006 to:

Sheila A. Fleming
11 Liberty Lane
Hanscom Air Force Base
Bedford, Massachusetts, 01731

_____/s/_____
CLAIRE WHITAKER, D.C. BAR #354530
Assistant United States Attorney
555 4th Street, N.W., Room E-4204
Washington, D. C. 20530
(202) 514-7137