UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SHEILA A. FLEMING,

Plaintiff,

v.

JAMES NICHOLSON, Secretary,
Department of Veterans Affairs,

Defendant.

Civil Action No. 06-311 (JDB)

## ORDER

Upon consideration of defendant's motion to transfer this case to the United States District Court for the District of Massachusetts, plaintiff's agreement that this Court is an improper forum, plaintiff's consent that the District of Massachusetts is a proper forum, and the entire record herein, it is hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court is directed to **TRANSFER** this case to the United States District Court for the District of Massachusetts.

/s/   John D. Bates
JOHN D. BATES
United States District Judge

Dated:   June 29, 2006

Copies to:

SHEILA A. FLEMING
11 Liberty Lane
Hanscom Air Force Base, MA 01731
US
(781) 863-1077
    *Pro se plaintiff*

Claire M. Whitaker
UNITED STATES ATTORNEY'S OFFICE
555 4th Street, NW
Suite E-4204
Washington, DC 20816
(202) 514-7137
Fax: (202) 514-8780
Email: claire.whitaker@usdoj.gov
    *Counsel for defendant*